# IN THE SUPREME COURT OF THE STATE OF NEVADA

VFR VDG DMKS II LLC, A NEVADA LIMITED LIABILITY COMPANY,
Appellant,

vs.

CHRISTOPHER R. LATTANZIO; ROBERT L. LATTANZIO; MARY ANN LATTANZIO; DOMPHIA LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND ROBERT L. LATTANZIO, IN HIS CAPACITY AS TRUSTEE OF THE CRL HERITAGE TRUST,
Respondents.

No. 72804

**FILED**

OCT 1 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Joseph Hardy, Jr., District Judge
Thomas J. Tanksley, Settlement Judge
Bryan Cave LLP/Chicago
Andersen Law Firm, Ltd.
Carbajal & McNutt, LLP
Larson & Zirzow
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-34783